FILED
2017 May-22 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT SWAN SIERCKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **5:15-cv-00602-AKK-HGD** |
| **BETTINNA CARTER, Warden,** *et al.*, ) | |
| ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on April 25, 2017, recommending that Robert Swan Siercks's petition for writ of habeas corpus be denied. Doc. 16. The court advised the parties of their right to file specific written objections within fourteen days. *Id.* at 16–17. Siercks did not file any objections within the allotted time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED**, and his recommendation **ACCEPTED**. Consequently, Siercks's petition is due to be dismissed. The court will contemporaneously enter an order of final judgment in accordance with the foregoing.

**DONE** the 22nd day of May, 2017.

                                                    **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE